# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNAR SOFTWARE CORPORATION,** | : | **CIVIL ACTION NO. 1:02-CV-0413** |
| | : | |
| | : | **(Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **FORTUNE 500 SYSTEMS, LTD.,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 3rd day of May, 2005, upon consideration of the motions (Docs. 193, 195) in limine and for an enlargement, in which plaintiff requests an enlargement of time until May 13, 2005, to file an entry of appearance of trial counsel, and of the order of court dated March 29, 2005 (Doc. 192), directing plaintiff to file with the court an entry of appearance of trial counsel on or before May 2, 2005, and staying proceedings in this case pending the entry of appearance of trial counsel, and it appearing that plaintiff has shown cause for an enlargement of time, see FED. R. CIV. P. 6(b)(1), and that proceedings were stayed at the time the motion in limine was filed, it is hereby ORDERED that:

1. The motion in limine (Doc. 193) and brief in support (Doc. 194) are STRICKEN.

2. The motion for enlargement (Doc. 195) is GRANTED. Plaintiff shall file with the court an entry of appearance of trial counsel on or before May 13, 2005. Further enlargements will not be granted absent exigent circumstances. Failure to comply with this paragraph will result in the dismissal of this case for failure to prosecute and for failure to obey a court order. See FED. R. CIV. P. 41(b); L.R. 83.3.1.

3. Proceedings in this case shall continue to be STAYED pending the entry of appearance of trial counsel.

                                               S/ Christopher C. Conner  
                                               CHRISTOPHER C. CONNER  
                                               United States District Judge