**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENNAR SOFTWARE CORPORATION,** | : | **CIVIL ACTION NO. 1:02-CV-0413** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **FORTUNE 500 SYSTEMS, LTD.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of September, 2005, upon consideration of the motions in limine (Docs. 181, 185, 189), motion to dismiss (Doc. 179) for failure to meet for a pre-trial conference (Doc. 179), and motion to strike (Doc. 202), and it appearing that the pre-trial and trial schedule in the above-captioned action have been temporarily stayed, that the parties may meet at a pre-trial conference and file motions in limine in accordance with a revised scheduling order, and that a brief in support of the motion to strike has not been filed, see L.R. 7.5 ("[I]f a supporting brief is not filed within [10 days of the date of a motion] . . . such motion shall be deemed to be withdrawn."), it is hereby ORDERED that:

1. The temporary stay in the above-captioned action is LIFTED.

2. The motions in limine (Docs. 181, 185, 189) are deemed WITHDRAWN without prejudice to the right to refile the motions in accordance with the revised schedule set forth below.

3. The motion to strike (Doc. 202) is deemed WITHDRAWN. See L.R. 7.5.

4. The pre-trial and trial schedule in the above-captioned action is

> revised as follows:
>
> a. Motions in limine and supporting briefs shall be filed on or before December 1, 2005.
>
> b. Pretrial memoranda shall be filed on or before 12:00 p.m. on Wednesday, December 14, 2005.
>
> c. The final pre-trial conference shall be held at 10 a.m. on Wednesday, December 21, 2005, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.
>
> d. Jury selection in this matter shall commence at 9:30 a.m. on Tuesday, January 3, 2006, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

5. All other pretrial instructions set forth in prior case management orders shall remain in effect.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge