**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PENNAR SOFTWARE CORPORATION,** : | **CIVIL ACTION NO. 1:02-CV-0413** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **FORTUNE 500 SYSTEMS, LTD.,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 28th day of September, 2005, upon consideration of defendant's motion to dismiss (Doc. 179), filed on March 4, 2005, and it appearing that as of the date of this order a brief in support of the motion has not been filed, see L.R. 7.5 ("Within ten (10) days after the filing of any motion . . . the party filing the same shall file a [supporting] brief with the clerk . . . . [or] such motion shall be deemed to be withdrawn."), it is hereby ORDERED that the motion to dismiss (Doc. 179) is deemed WITHDRAWN.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge