# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNAR SOFTWARE CORPORATION,** : | **CIVIL ACTION NO. 1:02-CV-0413** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **FORTUNE 500 SYSTEMS, LTD.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 21st day of October, 2005, upon consideration of the document (Doc. 209) filed by Attorney Naren Chaganti ("Attorney Chaganti") and captioned "Plaintiff's and Plaintiff's Counsel's Response," addressing defendant's affidavit of costs (Doc. 208) related to a mistrial in the above-captioned case, and it appearing that Attorney Chaganti is not counsel of record in this case (see Docs. 199, 204), see FED. R. CIV. P. 11(a) ("Every pleading, written motion, and other paper shall be signed by at least one attorney of record . . . ."), and that counsel of record did not sign the document *sub judice*, see id. ("An unsigned paper shall be stricken [from the docket] . . . ."), it is hereby ORDERED that the document (Doc. 209) is STRICKEN from the record without prejudice to counsel of record's right to file, on or before October 31, 2005, an appropriate response to defendant's affidavit of costs.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge