**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PENNAR SOFTWARE CORPORATION,** : | **CIVIL ACTION NO. 1:02-CV-0413** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **FORTUNE 500 SYSTEMS, LTD.,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 25th day of October, 2005, upon consideration of the order of court dated October 21, 2005 (Doc. 210), it is hereby ORDERED that the order (Doc. 210) is AMENDED to read as follows:

AND NOW, this 21st day of October, 2005, upon consideration of the document (Doc. 209) filed by Attorney Naren Chaganti ("Attorney Chaganti") and captioned "Plaintiff's and Plaintiff's Counsel's Response," arguing that the order of court dated September 28, 2005 (Doc. 206)—granting defendant's motion for sanctions (Doc. 163) for a mistrial in the above-captioned case—should be vacated, and it appearing that Attorney Chaganti was permitted to file a response to defendant's affidavit of costs related to the mistrial (see Docs. 206, 208), but that Attorney Chaganti is not counsel of record in this case and is not permitted to file motions (see Docs. 199, 204), see FED. R. CIV.

P. 11(a) ("Every pleading, written motion, and other paper shall be signed by at least one attorney of record . . . ."), and that counsel of record did not sign the document *sub judice*, see id. ("An unsigned paper shall be stricken [from the docket] . . . ."), it is hereby ORDERED that:

1. The document (Doc. 209) is DEEMED a motion for reconsideration and is STRICKEN from the record as so deemed.  See FED. R. CIV. P. 11(a).

2. All future pleadings, motions, and other documents containing legal arguments shall be filed by counsel of record.  See id.

3. Attorney Chaganti shall be permitted to file, on or before October 31, 2005, an appropriate response to defendant's affidavit of costs (Doc. 208).  Any such response shall be based upon Attorney Chaganti's personal knowledge and shall be limited to the issue of the reasonableness of the costs set forth in defendant's affidavit.


       S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge