IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNAR SOFTWARE CORPORATION,** : | CIVIL ACTION NO. 1:02-CV-0413 |
| : | |
| : | (Judge Conner) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **FORTUNE 500 SYSTEMS, LTD.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 12th day of December, upon consideration of the affidavit of costs (Doc. 208) filed by counsel for defendant, and it appearing that the court is unable to determine the reasonableness of the attorney's fees requested, see In re Rite Aid Corp. v. Sec. Litig., 396 F.3d 294, 301-02, 305 (3d Cir. 2005) (stating that courts are to conduct "robust" analysis of reasonableness of proffered fees in light of geographic area, nature of services provided, and experience of attorneys); see also Interfaith Cmty. Org. v. Honeywell, 426 F.3d 694, 708 (3d Cir. 2005) ("[T]o determine the prevailing market rates in the relevant community, a court must assess the experience and skill of the . . . attorneys and compare their rates to the rates prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation."), it is hereby ORDERED that counsel for defendants shall file, on or before December 16, 2005, supplemental

documentation relevant to a determination of the reasonableness of the fees requested; to wit, affidavits setting forth counsels' skills and experiences, and the rates prevailing in this community for similar services by lawyers of reasonably comparable skill, experience, and reputation.

                                          /s/ Christopher C. Conner  
                                         CHRISTOPHER C. CONNER  
                                         United States District Judge