IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNAR SOFTWARE CORPORATION,** | : | CIVIL ACTION NO. 1:02-CV-0413 |
| | : | |
| | : | (Judge Conner) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **FORTUNE 500 SYSTEMS, LTD.,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 9th day of January, 2006, upon consideration of the order of court dated January 6, 2006 (Doc. 231), it is hereby ORDERED that the order (Doc. 231) is AMENDED as follows:

1. In the eleventh line of the first page the word "of" shall be inserted between the words "orders" and "court" such that the line reads, "for Chaganti's violations of rules and orders of court prohibiting him from filing . . . ."

2. In the twelfth line of the first page a citation to the document in this case numbered two hundred fourteen shall be inserted such that the line reads, "documents in this case (see Docs. 211, 214; see also Docs. 199, 204), see FED. R. CIV. P. 41(b) . . . .").

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge