# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNAR SOFTWARE CORPORATION,** | : CIVIL ACTION NO. 1:02-CV-0413 |
| | : **(Judge Conner)** |
| Plaintiff | : |
| v. | : |
| **FORTUNE 500 SYSTEMS, LTD.,** | : |
| Defendant | : |

## ORDER

And now, this 8th day of February, 2006, upon consideration of the document titled "amended notice of appeal" (Doc. 248), filed by Naren Chaganti on behalf of plaintiff, and for the reasons set forth in the order of court dated February 7, 2006 (Doc. 247), it is hereby ORDERED that the document (Doc. 248) is STRICKEN from the docket.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge